# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00823-CV

**In re Developments Solutions CAT, LLC; Allegiant Realty Partners, LLC; Siepiela Interests, LLC; Taylor Duncan Interests, LLC; James Siepiela; Gregory Rich; Phillip W. Duncan; and Larry Taylor**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Filed: January 24, 2020